| | |
|---|---|
| Joshua B. Swigart (SBN 225557) | Daniel G. Shay (SBN 250548) |
| Josh@SwigartLawGroup.com | DanielShay@TCPAFDCPA.com |
| **SWIGART LAW GROUP, APC** | **LAW OFFICE OF DANIEL G. SHAY** |
| 2221 Camino del Rio S, Ste 308 | 2221 Camino del Rio S, Ste 308 |
| San Diego, CA 92108 | San Diego, CA 92108 |
| P: 866-219-3343 | P: 619-222-7429 |

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALINDO CANELA, | Case No.: 5:21-cv-00843-PA-SHK |
| Plaintiff, | |
| vs. | NOTICE OF SETTLEMENT OF ENTIRE ACTION |
| EQUIFAX INFORMATION SERVICES, LLC | Judge: Hon. Percy Anderson |
| Defendant. | |

TO THE COURT AND ALL PARTIES BY AND THROUGH THEIR COUNSEL OF RECORD:

Please be advised that the parties have settled this case.

The parties request to be excused from all currently scheduled deadlines and appearances.

A Motion to Dismiss, or other document to that effect, will be filed within forty-five days.

Respectfully Submitted,

**S**WIGART **L**AW **G**ROUP**, APC**

Date: June 10, 2021        By: *s/ Joshua B. Swigart*
Joshua B. Swigart, Esq.
Josh@SwigartLawGroup.com

Attorney for Plaintiff