Joshua B. Swigart (SBN 225557)
Josh@SwigartLawGroup.com
Juliana G. Blaha (SBN 331066)
Juliana@SwigartLawGroup.com
**SWIGART LAW GROUP, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
P: 866-219-3343
F: 866-219-8344

Daniel G. Shay (SBN 250548)
DanielShay@TCPAFDCPA.com
**LAW OFFICE OF DANIEL G. SHAY**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
P: 619-222-7429
F: 866-431-3292

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANELA GALINDO,<br><br>   Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC.<br><br>   Defendant. | CASE No: 5:21-cv-00843-PA-SHK<br><br>JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Canela Galindo and Defendant Equifax Information Services, LLC, file this Joint Motion to Dismiss, and request that the court dismiss all of Plaintiff's claims against Defendant with prejudice.

Respectfully submitted,

Date: June 15, 2021      SWIGART LAW GROUP, APC

By: s/ *Joshua B. Swigart*
Joshua B. Swigart, Esq.
Josh@SwigartLawGroup.com
Attorney for Plaintiff

Date: June 15, 2021      NOKES & QUINN

By: s/ *Thomas P. Quinn*
Thomas P. Quinn, Esq.
tquinn@nokesquinn.com
Attorney for Defendant

## **SIGNATURE CERTIFICATION**

Pursuant to Section 5-4.3.4(2)(i) of the Local Rules, I hereby certify that the content of this document is acceptable to Thomas P. Quinn, counsel for Defendant Equifax Information Services, LLC, and that I have obtained his authorization to affix his electronic signature to this document.

Date: June 15, 2021         SWIGART LAW GROUP, APC

By: s/ *Joshua B. Swigart*
Joshua B. Swigart, Esq.
Josh@SwigartLawGroup.com
Attorney for Plaintiff