UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANELA GALINDO,<br><br>    Plaintiff,<br><br>vs.<br><br><br>EQUIFAX INFORMATION SERVICES, LLC<br><br>    Defendants. | CASE No: 5:21-cv-00843-PA-SHK<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Based upon the Parties' Joint Motion for Dismissal, and good cause, this Court hereby orders this matter dismissed with prejudice. Each party is to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  June 15, 2021

                                                     _____
                                                     Hon. Percy Anderson
                                                     United States District Judge